No. 04–5984.  REID v. GOOD, ACTING SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–5995.  BOOSE v. JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PINE GROVE, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–5998.  MOLINA LOPEZ v. ARIZONA.  Super. Ct. Ariz., County of Pima.  Certiorari denied.

No. 04–6004.  NOLEN v. TENNIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW.  C. A. 3d Cir.  Certiorari denied.

No. 04–6005.  MEJIA v. HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–6007.  EDWARDS v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 04–6008.  STRONG v. ILLINOIS VOCATIONAL REHABILITATION PROGRAM.  C. A. 7th Cir.  Certiorari denied.

No. 04–6009.  BROWN v. DORMIRE, SUPERINTENDENT, MISSOURI STATE PENITENTIARY.  C. A. 8th Cir.  Certiorari denied.

No. 04–6013.  BLANCO v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–6029.  PITTMAN v. IOWA.  Ct. App. Iowa.  Certiorari denied.

No. 04–6035.  GRIFFIN v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 04–6037.  DORROUGH v. CAMBRA, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–6038.  ELLIBEE v. SIMMONS ET AL.  Ct. App. Kan.  Certiorari denied.

No. 04–6043.  MARSHALL v. GEORGIA.  Ct. App. Ga.  Certiorari denied.